UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN AFRIYIE,

    Defendant,

and

LAWRENCIA AFRIYIE,

    Relief Defendant.

NOTICE OF VOLUNTARY
DISMISSAL OF RELIEF
DEFENDANT LAWRENCIA
AFRIYIE

1:16-cv-02777-RJS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/18

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff United States Securities and Exchange Commission hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against relief defendant Lawrencia Afriyie.

Dated: February 27, 2018

Respectfully submitted,

*/s/ Walker Newell*
Walker Newell
Attorney for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
San Francisco Regional Office
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Phone: (415) 705-2325
Email: newellw@sec.gov

SO ORDERED
Dated: 2/28/18

*/s/ Richard J. Sullivan*
RICHARD J. SULLIVAN
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, I caused the foregoing Notice of Voluntary Dismissal of Relief Defendant Lawrencia Afriyie to be sent via U.S. Mail to:

John Afriyie
Register Number 77354-054
USP Canaan U.S. Penitentiary
Satellite Camp
P.O. Box 200
Waymart, PA 18472

Lawrencia Afriyie
Quality Inn
351 Franklin St.
East Windsor, NJ 08520

Lawrencia Afriyie
P.O. Box 6246
Freehold, NJ 07728

Lawrencia Afriyie
MediData Solutions
350 Hudson St., 9th Floor
New York, NY 10014

I also caused the Notice to be sent via email to:

Robert A. Culp, Esq.
Criminal Justice Act Counsel for John Afriyie
culplaw@optonline.net

Courtney Afriyie
Defendant's sister
courtney.afriyie@gmail.com

                Respectfully submitted,

                /s/ *Walker Newell*

                Walker Newell
                Attorney for Plaintiff
                U.S. SECURITIES AND EXCHANGE COMMISSION