RECEIVED
SDNY DOCKET UNIT
2018 JUL 25 PM 3: 38

July 18, 2018

VIA MAIL-CERTIFIED

The Honorable Richard J. Sullivan

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Re: SEC v. Afriyie (16-CV-2777-RJS)

Dear Judge Sullivan:

I respectfully request this Court to grant me an extension of 30 days to fully respond to Plaintiff's Motion for Summary Judgement. As this Court is aware, I am currently incarcerated at the satellite camp at USP Canaan. As a result, it has taken me longer than expected to *receive* materials including discovery, exhibits and transcripts from the criminal case. As well as review materials, including audio discs submitted by Plaintiff in its summary judgment motion. If granted, I do not anticipate the need for any additional time.

Respectfully Submitted,

John-Lawrence Afriyie

urtney Afriyie
Box 6246
eehold, NJ 07728-6246

7017 2620 0000 3952 6510



U.S. POSTAGE
PAID
HIGHTSTOWN, NJ
08520
JUL 19 18
AMOUNT
$5.20
R2305H127967-09

USM P3
SDNY
100731330

United State District Court
of the Southern District of New York
Pro Se Intake Unit
500 Pearl Street
Room 200
New York, NY 10007