UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

JOHN AFRIYIE,

                Defendant.

No. 16-cv-2777 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant alleging that he has "a good faith basis to believe that key documents that were heavily relied upon in both [his] criminal and civil proceedings were tampered with[,]" and requesting that the Court "compel[] the SEC to provide the originals" of those documents. (Doc. No. 77.) However, Defendant does not explain why he believes that these documents were relied upon by Plaintiff in this case, nor does he allege that Plaintiff is actually in possession of the original copies of the documents. Indeed, Plaintiff seeks summary judgment in this case solely on the basis of Defendant's criminal conviction, and the Court has not set a discovery schedule. Accordingly, IT IS HEREBY ORDERED THAT Defendant's request is DENIED. If Defendant wishes to challenge the authenticity of documents relied upon by the government at his criminal trial, he must do so in his criminal case. The Clerk of Court is respectfully requested to mail a copy of this Order to Defendant.

SO ORDERED.

Dated:     October 24, 2018
              New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE